Division, Second Department. April 7, 1911.) Action by Jacob Sapirstein against Samuel Gophrener. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SASSA, Respondent, v. SASSA, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1911.) Action by Jennie Sassa against John H. Sassa. C. T. B. Rowe, for appellant. A. S. Marcuson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

SAYLES, Appellant, v. QUEIROLO, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by Burton E. Sayles, as executor and trustee, etc., of Louisa Sayles, deceased, against John Queirolo. No opinion. Judgment affirmed, with costs.

---

SCHALLER, Respondent, v. STATEN ISLAND MIDLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Annie Schaller against the Staten Island Midland Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

SCHER, Respondent, v. LUNA PARK CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Hyman Scher against the Luna Park Company. No opinion. Judgment and order of Municipal Court affirmed, with costs.

---

SCHLANG v. ADELSON et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Alexander Schlang against Joseph Adelson and others. No opinion. Application denied, with $10 costs. Order signed.

---

SCHLANG v. ADELSON et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Alexander Schlang against Joseph Adelson and others. No opinion. Motion denied, with $10 costs. Order filed.

---

SCHLEGEL, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Katharina Schlegel against the Brooklyn Heights Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, J., taking no part.

---

SCHMIDT, Respondent, v. NIAGARA ELECTRO–CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Byron J. Schmidt, an infant, etc., against the Niagara Electro-Chemical Company. No opinion. Judgment and order affirmed, with costs.

SCHORR, Respondent, v. FRAWLEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Jacob Schorr against Patrick J. Frawley. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 127 N. Y. Supp. 1143.

---

SCHRATWIESER FIREPROOF CONST. CO., Respondent, v. WILLIAM F. KENNY CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Schratwieser Fireproof Construction Company against the William F. Kenny Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., votes to reverse, on the error in the charge at folios 241 and 243.

---

SCHWARTZ, Respondent, v. KAUFMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Charles Schwartz against Jacob Kaufman and another. No opinion. Motion denied, without costs.

---

SCHWARTZENFELD, Respondent, v. SCHOCHET, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Ida Schwartzenfeld, an infant, by Adolph Schwartzenfeld, her guardian ad litem, against Louis Schochet. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SCHWARZSCHILD et al., Respondents, v. JOSEPH, Appellant. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Samuel Schwarzschild and others against Frederick Joseph. A. Benedict, for appellant. W. M. K. Olcott, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SEAGER, Appellant, v. SOLVAY PROCESS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Rose C. Seager, as administratrix etc., against the Solvay Process Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 127 N. Y. Supp. 1144.

---

SEMKEN, Respondent, v. BLAKE, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Frederick Semken against Lawrence E. Blake, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SHAY, Respondent, v. NORTHERN CENT. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Ella L. Shay against the Northern Central Railroad Company.